UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Clara Paneto and George Cintron,<br><br>Plaintiffs,<br>v.<br><br>Admin Recovery LLC; and<br>DOES 1-10, inclusive,<br><br>Defendants. | Civil Action No.:  1:12-cv-02193-JBS-AMD |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 13, 2012

                                                Respectfully submitted,

                                                By: /s/ Sofia Balile

                                                Sofia Balile, Esq.
                                                Lemberg & Associates LLC
                                                1100 Summer Street
                                                Stamford, CT 06905
                                                Phone: (917) 981-0849
                                                Fax:    (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Sofia Balile_____
                                                  Sofia Balile